**BOLICK v. SUNBIRD AIRLINES, INC.**

[327 N.C. 464 (1990)]

EDWARD ALAN BOLICK v. SUNBIRD AIRLINES, INC., AND MOUNTAIN AIRLINES, INC.

No. 11A90

(Filed 3 October 1990)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported at 96 N.C. App. 443, 386 S.E.2d 76 (1989), finding no error in a trial by *Beaty, J.,* at the 8 August 1988 Session of Superior Court, FORSYTH County, which resulted in a verdict and judgment for defendant Sunbird Airlines, Inc. Heard in the Supreme Court 5 September 1990.

*Smiley & Mineo, by Robert R. Smiley III and Robert A. Mineo, for plaintiff-appellant.*

*Womble Carlyle Sandridge & Rice, by William F. Womble, Jr., Donald F. Lively, and Mary J. Davis, for defendant-appellees.*

PER CURIAM.

Affirmed.